IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEBORAH A. JONES,

        Plaintiff,    :     Case No. 3:10-cv-381

- vs -    :     District Judge Walter Herbert Rice
               Magistrate Judge Michael R. Merz

HEARTLAND-BEAVERCREEK    :
OF DAYTON OH LLC,
                                 :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #11), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that Count V is hereby DISMISSED.

January 18, 2011.

                                                          Walter Herbert Rice
                                                          United States District Judge